# EXHIBIT "A"



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

9171 9690 0935 0114 9285 32

NEOPOST          FIRST-CLASS MAIL
03/24/2017
US POSTAGE $005.26

ZIP 18503
041L11256172

United States Postal Service
**DELIVERY CONFIRMATION**

9114 9690 0935 0022 2420 60

**McDONALD & MacGREGOR, LLC**
Scranton Life Building
538 Spruce Street – Suite 320
Scranton, PA 18503

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Delaware & Hudson Railway Company, Inc.
c/o CT Corporation System
111 8th Avenue
New York, NY 10011

# McDonald & MacGregor, LLC

Michael J. McDonald, Esq.*
Malcolm L. MacGregor, Esq.

Scranton Life Building
538 Spruce Street, Suite 320
**Scranton, Pennsylvania 18503**
———
Telephone: (570) 209-7062
Facsimile: (570) 209-7294

June A. Franchak
Dylan T. MacGregor
Wendy M. Sikorski

March 23, 2017

9171 9690 0935 0114 9285 32

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Delaware & Hudson Railway Company, Inc.
c/o CT Corporation System
111 8th Avenue
New York, NY  10011

RE:   Richard A. Maietta and Claire Maietta, His Wife vs. Michele L.
Malski, CP Rail Systems Corp., Canadian Pacific Railway,
Individually and d/b/a CP Rail Systems Corp., Delaware & Hudson
Railway Company, Inc. d/b/a Canadian Pacific Railway a/k/a CP Rail
System, D & H Railroad d/b/a Delaware & Hudson Railway
Company, Inc. and Delaware & Hudson Railway Company, Inc.
Court of Common Pleas of Susquehanna County
No. 2017 – 332 CP

Dear Sir/Madam:

Enclosed please find a Praecipe for Writ of Summons and Summons in Civil
Action commencing a lawsuit against you on behalf of Richard Maietta and Claire
Maietta.  I would urge you to turn this letter over to your counsel and/or insurance
carrier and ask that they contact me at their earliest possible convenience.  By this
correspondence, we are formally serving you with this Summons thereby tolling the
applicable statute of limitations on such claims.

Very truly yours,

Malcolm L. MacGregor

MLM/jf
Enclosure



**McDonald & MacGregor, LLC**
By:  Malcolm L. MacGregor, Esquire
Attorney ID:  58625
538 Spruce Street - Suite 310
Scranton, PA  18503
(570) 209-7062

Attorney for Plaintiff

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

RICHARD A. MAIETTA and          :
CLAIRE MAIETTA, his wife,       :
285 Hathaway Street             :
Wallington, NJ  07057,          :
                    Plaintiffs  :
                                :
    vs.                         :
                                :
MICHELE L. MALSKI               :
600 Gladiola Drive              :
Clarks Summit, PA  18411        :
        and/or                  :
2109 Mill Road                  :
Apt. 118                        :
Alexandria, VA  22314-5322      :
                                :
                                :
CP RAIL SYSTEMS CORP            :
200 Clifton Corporate Parkway   :
Clifton Park, NY  12065         :
                                :
                                :
CANADIAN PACIFIC RAILWAY,       :
Individually and d/b/a CP RAIL  :
SYSTEMS CORP                    :
200 Clifton Corporate Parkway   :
Clifton Park, NY  12065         :
        and/or                  :
3 Depot Street                  :
Taylor, PA  18517               :
                                :
                                :
DELAWARE & HUDSON RAILWAY       :
COMPANY, INC. d/b/a CANADIAN    :
PACIFIC RAILWAY a/k/a CP RAIL   :
SYSTEM                          :
200 Clifton Corporate Parkway   :
Clifton Park, NY  12065         :
        and/or                  :
200 Clifton Corporate Parkway   :
P.O. Box 8002                   :
Clifton Park, NY  12065         :

IN THE COURT OF COMMON PLEAS
OF SUSQUEHANNA COUNTY


CIVIL ACTION – LAW
JURY TRIAL DEMANDED

*2017 - 332 CP*

FILED
SUSQUEHANNA COUNTY
2017 MAR 16  PM 4: 24
PROTHONOTARY

COPY

and/or
3 Depot Street
Taylor, PA  18517                          :
                                           :
D & H RAILROAD d/b/a DELAWARE              :
& HUDSON RAILWAY COMPANY, INC.            :
200 Clifton Corporate Parkway             :
Clifton Park, NY  12065                    :
         and/or                            :
3 Depot Street                             :
Taylor, PA  18517                          :
                                           :
DELAWARE & HUDSON RAILWAY                 :
COMPANY, INC.                              :
c/o CT Corporation System                 :
111 8th Avenue                            :
New York, NY  10011                        :
    and/or                                 :
c/o CT Corporation System                 :
1515 Market Street, Suite 1210            :
Philadelphia, PA  19102-1932,             :
                        Defendants  :      NO. *332* CV 2017

FILED
SUSQUEHANNA COUNTY
2017 MAR 16  PM 4: 24
PROTHONOTARY

## PRAECIPE FOR WRIT OF SUMMONS

## TO THE PROTHONOTARY OF SUSQUEHANNA COUNTY:

Issue Summons in the above civil case.

___X___  Writ of Summons shall be issued and forwarded to the Sheriff.

McDONALD & MacGREGOR, LLC

By: _Malcolm L. MacGregor_

Malcolm L. MacGregor, Esquire
538 Spruce Street, Suite 320
Scranton, PA 18503
570-209-7062
Attorney for Plaintiffs

Date:  March 16, 2017

**McDonald & MacGregor, LLC**
By:  Malcolm L. MacGregor, Esquire
Attorney ID: 58625
538 Spruce Street - Suite 310
Scranton, PA  18503
(570) 209-7062                                                              Attorney for Plaintiff

::::::::::::::::::::::::::::::::::::::::::::::::::::::

RICHARD A. MAIETTA and              :        IN THE COURT OF COMMON PLEAS
CLAIRE MAIETTA, his wife,           :        OF SUSQUEHANNA COUNTY
285 Hathaway Street                 :
Wallington, NJ  07057,              :
                     Plaintiffs     :
                                    :
                                    :        CIVIL ACTION – LAW
          vs.                       :        JURY TRIAL DEMANDED
                                    :
MICHELE L. MALSKI                   :
600 Gladiola Drive                  :
Clarks Summit, PA  18411            :
          and/or                    :
2109 Mill Road                      :
Apt. 118                            :
Alexandria, VA  22314-5322          :
                                    :
                                    :
CP RAIL SYSTEMS CORP                :
200 Clifton Corporate Parkway       :
Clifton Park, NY  12065             :
                                    :
                                    :
CANADIAN PACIFIC RAILWAY,           :
Individually and d/b/a CP RAIL      :
SYSTEMS CORP                        :
200 Clifton Corporate Parkway       :
Clifton Park, NY  12065             :
          and/or                    :
3 Depot Street                      :
Taylor, PA  18517                   :
                                    :
                                    :
DELAWARE & HUDSON RAILWAY           :
COMPANY, INC. d/b/a CANADIAN        :
PACIFIC RAILWAY a/k/a CP RAIL       :
SYSTEM                              :
200 Clifton Corporate Parkway       :
Clifton Park, NY  12065             :
          and/or                    :
200 Clifton Corporate Parkway       :
P.O. Box 8002                       :
Clifton Park, NY  12065             :

and/or
3 Depot Street
Taylor, PA  18517

D & H RAILROAD d/b/a DELAWARE                 :
& HUDSON RAILWAY COMPANY, INC.                :
200 Clifton Corporate Parkway                        :
Clifton Park, NY  12065                                     :
    and/or                                                    :
3 Depot Street                                                  :
Taylor, PA  18517                                            :

DELAWARE & HUDSON RAILWAY                   :
COMPANY, INC.                                               :
c/o CT Corporation System                             :
111 8th Avenue                                                :
New York, NY  10011                                      :
    and/or                                                    :
c/o CT Corporation System                             :
1515 Market Street, Suite 1210                       :
Philadelphia, PA  19102-1932,                         :
                Defendants   :   NO.          CV 2017

## SUMMONS IN CIVIL ACTION

TO:   MICHELE L. MALSKI
      600 Gladiola Drive
      Clarks Summit, PA  18411

      MICHELE L. MALSKI
      2109 Mill Road
      Apt. 118
      Alexandria, VA  22314-5322

      CP RAIL SYSTEMS CORP
      200 Clifton Corporate Parkway
      Clifton Park, NY  12065

      CANADIAN PACIFIC RAILWAY,
      Individually and d/b/a CP RAIL
      SYSTEMS CORP
      200 Clifton Corporate Parkway
      Clifton Park, NY  12065

CANADIAN PACIFIC RAILWAY,
Individually and d/b/a CP RAIL
SYSTEMS CORP
3 Depot Street
Taylor, PA  18517

DELAWARE & HUDSON RAILWAY
COMPANY, INC. d/b/a CANADIAN
PACIFIC RAILWAY a/k/a CP RAIL
SYSTEM
200 Clifton Corporate Parkway
Clifton Park, NY  12065

DELAWARE & HUDSON RAILWAY
COMPANY, INC. d/b/a CANADIAN
PACIFIC RAILWAY a/k/a CP RAIL
SYSTEM
200 Clifton Corporate Parkway
P.O. Box 8002
Clifton Park, NY  12065

DELAWARE & HUDSON RAILWAY
COMPANY, INC. d/b/a CANADIAN
PACIFIC RAILWAY a/k/a CP RAIL
SYSTEM
3 Depot Street
Taylor, PA  18517

D & H RAILROAD d/b/a DELAWARE
& HUDSON RAILWAY COMPANY, INC.
200 Clifton Corporate Parkway
Clifton Park, NY  12065

D & H RAILROAD d/b/a DELAWARE
& HUDSON RAILWAY COMPANY, INC.
3 Depot Street
Taylor, PA  18517

DELAWARE & HUDSON RAILWAY
COMPANY, INC.
c/o CT Corporation System
111 8th Avenue
New York, NY  10011

DELAWARE & HUDSON RAILWAY
COMPANY, INC.
c/o CT Corporation System
1515 Market Street, Suite 1210
Philadelphia, PA  19102-1932


THE PLAINTIFFS HAVE COMMENCED AN ACTION AGAINST YOU.

_____

Prothonotary

Date: *March 16, 2017*          By: _____

Deputy

# McDonald & MacGregor, LLC

Michael J. McDonald, Esq*
Malcolm L. MacGregor, Esq.

Scranton Life Building
538 Spruce Street, Suite 320
**Scranton, Pennsylvania 18503**
———
Telephone: (570) 209-7062
Facsimile: (570) 209-7294

June A. Franchak
Dylan T. MacGregor
Wendy M. Sikorski

RECEIVED

APR 03 2017

D&H CLAIMS

March 23, 2017

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

9171 9690 0935 0114 9285 87

CP Rail Systems Corp.
200 Clifton Corporate Parkway
Clifton Park, NY 12065

RE:  Richard A. Maietta and Claire Maietta, His Wife vs. Michele L.
     Malski, CP Rail Systems Corp., Canadian Pacific Railway,
     Individually and d/b/a CP Rail Systems Corp., Delaware & Hudson
     Railway Company, Inc. d/b/a Canadian Pacific Railway a/k/a CP Rail
     System, D & H Railroad d/b/a Delaware & Hudson Railway
     Company, Inc. and Delaware & Hudson Railway Company, Inc.
     Court of Common Pleas of Susquehanna County
     No. 2017 – 332 CP

Dear Sir/Madam:

Enclosed please find a Praecipe for Writ of Summons and Summons in Civil Action commencing a lawsuit against you on behalf of Richard Maietta and Claire Maietta. I would urge you to turn this letter over to your counsel and/or insurance carrier and ask that they contact me at their earliest possible convenience. By this correspondence, we are formally serving you with this Summons thereby tolling the applicable statute of limitations on such claims.

Very truly yours,

*Malcolm L. MacGregor*

Malcolm L. MacGregor

MLM/jf
Enclosure

COPY

RECEIVED

APR 03 2017

D&H CLAIMS

**McDonald & MacGregor, LLC**
By:  Malcolm L. MacGregor, Esquire
Attorney ID:  58625
538 Spruce Street - Suite 310
Scranton, PA  18503
(570) 209-7062

Attorney for Plaintiff

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::

RICHARD A. MAIETTA and          :
CLAIRE MAIETTA, his wife,        :
285 Hathaway Street              :
Wallington, NJ  07057,           :
                      Plaintiffs :
                                 :
                                 :
        vs.                      :
                                 :
MICHELE L. MALSKI                :
600 Gladiola Drive               :
Clarks Summit, PA  18411         :
        and/or                   :
2109 Mill Road                   :
Apt. 118                         :
Alexandria, VA  22314-5322       :
                                 :
                                 :
CP RAIL SYSTEMS CORP             :
200 Clifton Corporate Parkway    :
Clifton Park, NY  12065          :
                                 :
                                 :
CANADIAN PACIFIC RAILWAY,        :
Individually and d/b/a CP RAIL   :
SYSTEMS CORP                     :
200 Clifton Corporate Parkway    :
Clifton Park, NY  12065          :
        and/or                   :
3 Depot Street                   :
Taylor, PA  18517                :
                                 :
                                 :
DELAWARE & HUDSON RAILWAY        :
COMPANY, INC. d/b/a CANADIAN     :
PACIFIC RAILWAY a/k/a CP RAIL    :
SYSTEM                           :
200 Clifton Corporate Parkway    :
Clifton Park, NY  12065          :
        and/or                   :
200 Clifton Corporate Parkway    :
P.O. Box 8002                    :
Clifton Park, NY  12065          :

IN THE COURT OF COMMON PLEAS
OF SUSQUEHANNA COUNTY

2017-332 CP

CIVIL ACTION – LAW
JURY TRIAL DEMANDED

SUSQUEHANNA
FILED
2017 MAR 16  PM 12:25
PROTHONOTARY

and/or
3 Depot Street
Taylor, PA  18517                                :

D & H RAILROAD d/b/a DELAWARE        :
& HUDSON RAILWAY COMPANY, INC.    :
200 Clifton Corporate Parkway              :
Clifton Park, NY  12065                          :
        and/or                                         :
3 Depot Street                                       :
Taylor, PA  18517                                :

DELAWARE & HUDSON RAILWAY          :
COMPANY, INC.                                  :
c/o CT Corporation System                   :
111 8th Avenue                                     :
New York, NY  10011                          :
        and/or                                         :
c/o CT Corporation System                   :
1515 Market Street, Suite 1210            :
Philadelphia, PA  19102-1932,             :
                              Defendants  :      NO. 332   CV 2017   CP

## PRAECIPE FOR WRIT OF SUMMONS

## TO THE PROTHONOTARY OF SUSQUEHANNA COUNTY:

Issue Summons in the above civil case.

  X   Writ of Summons shall be issued and forwarded to the Sheriff.

McDONALD & MacGREGOR, LLC

By: _____
          Malcolm L. MacGregor, Esquire
          538 Spruce Street, Suite 320
          Scranton, PA 18503
          570-209-7062
          Attorney for Plaintiffs

Date:  March 16, 2017

**McDonald & MacGregor, LLC**
By:  Malcolm L. MacGregor, Esquire
Attorney ID:  58625
538 Spruce Street - Suite 310
Scranton, PA  18503
(570) 209-7062

Attorney for Plaintiff

::::::::::::::::::::::::::::::::::::::::::::::::::::::

RICHARD A. MAIETTA and            :
CLAIRE MAIETTA, his wife,         :
285 Hathaway Street               :
Wallington, NJ  07057,            :
                      Plaintiffs  :
                                  :
        vs.                       :
                                  :
MICHELE L. MALSKI                 :
600 Gladiola Drive                :
Clarks Summit, PA  18411          :
        and/or                    :
2109 Mill Road                    :
Apt. 118                          :
Alexandria, VA  22314-5322        :
                                  :
CP RAIL SYSTEMS CORP              :
200 Clifton Corporate Parkway     :
Clifton Park, NY  12065           :
                                  :
CANADIAN PACIFIC RAILWAY,         :
Individually and d/b/a CP RAIL    :
SYSTEMS CORP                      :
200 Clifton Corporate Parkway     :
Clifton Park, NY  12065           :
        and/or                    :
3 Depot Street                    :
Taylor, PA  18517                 :
                                  :
DELAWARE & HUDSON RAILWAY         :
COMPANY, INC. d/b/a CANADIAN      :
PACIFIC RAILWAY a/k/a CP RAIL     :
SYSTEM                            :
200 Clifton Corporate Parkway     :
Clifton Park, NY  12065           :
        and/or                    :
200 Clifton Corporate Parkway     :
P.O. Box 8002                     :
Clifton Park, NY  12065           :

IN THE COURT OF COMMON PLEAS
OF SUSQUEHANNA COUNTY

2017-332 CP

CIVIL ACTION – LAW
JURY TRIAL DEMANDED

and/or
3 Depot Street
Taylor, PA  18517                        :
                                         :
                                         :
D & H RAILROAD d/b/a DELAWARE             :
& HUDSON RAILWAY COMPANY, INC.            :
200 Clifton Corporate Parkway            :
Clifton Park, NY  12065                   :
        and/or                           :
3 Depot Street                           :
Taylor, PA  18517                        :
                                         :
                                         :
DELAWARE & HUDSON RAILWAY                 :
COMPANY, INC.                            :
c/o CT Corporation System                :
111 8th Avenue                           :
New York, NY  10011                      :
        and/or                           :
c/o CT Corporation System                :
1515 Market Street, Suite 1210           :
Philadelphia, PA  19102-1932,            :
                    Defendants   :    NO. 332    CV 2017  CP

## SUMMONS IN CIVIL ACTION

TO:    MICHELE L. MALSKI
       600 Gladiola Drive
       Clarks Summit, PA  18411

       MICHELE L. MALSKI
       2109 Mill Road
       Apt. 118
       Alexandria, VA  22314-5322

       CP RAIL SYSTEMS CORP
       200 Clifton Corporate Parkway
       Clifton Park, NY  12065

       CANADIAN PACIFIC RAILWAY,
       Individually and d/b/a CP RAIL
       SYSTEMS CORP
       200 Clifton Corporate Parkway
       Clifton Park, NY  12065

CANADIAN PACIFIC RAILWAY,
Individually and d/b/a CP RAIL
SYSTEMS CORP
3 Depot Street
Taylor, PA 18517

DELAWARE & HUDSON RAILWAY
COMPANY, INC. d/b/a CANADIAN
PACIFIC RAILWAY a/k/a CP RAIL
SYSTEM
200 Clifton Corporate Parkway
Clifton Park, NY 12065

DELAWARE & HUDSON RAILWAY
COMPANY, INC. d/b/a CANADIAN
PACIFIC RAILWAY a/k/a CP RAIL
SYSTEM
200 Clifton Corporate Parkway
P.O. Box 8002
Clifton Park, NY 12065

DELAWARE & HUDSON RAILWAY
COMPANY, INC. d/b/a CANADIAN
PACIFIC RAILWAY a/k/a CP RAIL
SYSTEM
3 Depot Street
Taylor, PA 18517

D & H RAILROAD d/b/a DELAWARE
& HUDSON RAILWAY COMPANY, INC.
200 Clifton Corporate Parkway
Clifton Park, NY 12065

D & H RAILROAD d/b/a DELAWARE
& HUDSON RAILWAY COMPANY, INC.
3 Depot Street
Taylor, PA 18517

DELAWARE & HUDSON RAILWAY
COMPANY, INC.
c/o CT Corporation System
111 8th Avenue
New York, NY 10011

DELAWARE & HUDSON RAILWAY
COMPANY, INC.
c/o CT Corporation System
1515 Market Street, Suite 1210
Philadelphia, PA  19102-1932


THE PLAINTIFFS HAVE COMMENCED AN ACTION AGAINST YOU.

_____
Prothonotary


Date: _March 17, 2017_               By _____
                                          Deputy

NEOPOST
03/24/2017
US POSTAGE $005.26⁰
ZIP 18503
041L11256172
FIRST-CLASS MAIL



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL™

9171 9690 0935 0114 9285 87

**McDONALD & MacGREGOR, LLC**
Scranton Life Building
538 Spruce Street —Suite 320
Scranton, PA 18503

CP - 200

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

CP Rail Systems Corp.

55 Glenham Ave
Savannah NY 12946

LN 4/3/17



es Postal Service
CONFIRMATION

Label 314, July 2000

935 0022 2421 14

NEOPOST          FIRST-CLASS MAIL
03/24/2017   US POSTAGE $005.26°
                            ZIP 18503
                            041L11256172



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL™

9171 9690 0935 0114 9285 70

**McDONALD & MacGREGOR, LLC**
Scranton Life Building
538 Spruce Street –Suite 320
Scranton, PA  18503

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Canadian Pacific Railway, Individually
and d/b/a CP Rail Systems Corp.
200 Clifton Corporate Parkway
Clifton Park, NY  12065

1ST NOTICE
2ND NOTICE

4/3/17

CANA200*  061  D4C_1  317C8603/29/17
NOTIFY SENDER OF NEW ADDRESS
:CANADIAN PACIFIC
55 GLENHAM AVE
SARATOGA SPGS NY 12866-6023
BC: 128660Z355    0060088134-00571

United States Postal Service
DELIVERY CONFIRMATION™

Label 314, July 2000

9690 0935 0022 2421 07

NEOPOST
03/24/2017
FIRST-CLASS MAIL
$005.26⁰

ZIP 18503
041L11246172

CERTIFIED MAIL™

9171 9690 0935 0114 9285 94

McDONALD & MacGREGOR, LLC
Scranton Life Building
538 Spruce Street—Suite 320
Scranton, PA  18503

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Ms. Michele L. Malski
2109 Mill Road, Apt. 118
Alexandria, VA  22314-5322



United States Postal Service
DELIVERY CONFIRMATION

9114 9690 0935 0022 2421 21

# McDonald & MacGregor, LLC

Michael J. McDonald, Esq.*
Malcolm L. MacGregor, Esq.

Scranton Life Building
538 Spruce Street, Suite 320
**Scranton, Pennsylvania 18503**

Telephone: (570) 209-7062
Facsimile: (570) 209-7294

June A. Franchak
Dylan T. MacGregor
Wendy M. Sikorski

March 23, 2017

9171 9690 0935 0114 9285 94

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Ms. Michele L. Malski
2109 Mill Road, Apt. 118
Alexandria, VA  22314-5322

RE:   Richard A. Maietta and Claire Maietta, His Wife vs. Michele L.
      Malski, CP Rail Systems Corp., Canadian Pacific Railway,
      Individually and d/b/a CP Rail Systems Corp., Delaware & Hudson
      Railway Company, Inc. d/b/a Canadian Pacific Railway a/k/a CP Rail
      System, D & H Railroad d/b/a Delaware & Hudson Railway
      Company, Inc. and Delaware & Hudson Railway Company, Inc.
      Court of Common Pleas of Susquehanna County
      No. 2017 – 332 CP

Dear Sir/Madam:

   Enclosed please find a Praecipe for Writ of Summons and Summons in Civil
Action commencing a lawsuit against you on behalf of Richard Maietta and Claire
Maietta.  I would urge you to turn this letter over to your counsel and/or insurance
carrier and ask that they contact me at their earliest possible convenience.  By this
correspondence, we are formally serving you with this Summons thereby tolling the
applicable statute of limitations on such claims.

                    Very truly yours,

                    *[signature]*

                    Malcolm L. MacGregor

MLM/jf
Enclosure



**McDonald & MacGregor, LLC**
By:  Malcolm L. MacGregor, Esquire
Attorney ID:  58625
538 Spruce Street - Suite 310
Scranton, PA  18503
(570) 209-7062

2017-332 CP

Attorney for Plaintiff

:::::::::::::::::::::::::::::::::::::::::::::::::::::::

| | |
|---|---|
| RICHARD A. MAIETTA and | : |
| CLAIRE MAIETTA, his wife, | : |
| 285 Hathaway Street | : |
| Wallington, NJ  07057, | : |
| Plaintiffs | : |
| | : |
| vs. | : |
| | : |
| MICHELE L. MALSKI | : |
| 600 Gladiola Drive | : |
| Clarks Summit, PA  18411 | : |
| and/or | : |
| 2109 Mill Road | : |
| Apt. 118 | : |
| Alexandria, VA  22314-5322 | : |
| | : |
| CP RAIL SYSTEMS CORP | : |
| 200 Clifton Corporate Parkway | : |
| Clifton Park, NY  12065 | : |
| | : |
| CANADIAN PACIFIC RAILWAY, | : |
| Individually and d/b/a CP RAIL | : |
| SYSTEMS CORP | : |
| 200 Clifton Corporate Parkway | : |
| Clifton Park, NY  12065 | : |
| and/or | : |
| 3 Depot Street | : |
| Taylor, PA  18517 | : |
| | : |
| DELAWARE & HUDSON RAILWAY | : |
| COMPANY, INC. d/b/a CANADIAN | : |
| PACIFIC RAILWAY a/k/a CP RAIL | : |
| SYSTEM | : |
| 200 Clifton Corporate Parkway | : |
| Clifton Park, NY  12065 | : |
| and/or | : |
| 200 Clifton Corporate Parkway | : |
| P.O. Box 8002 | : |
| Clifton Park, NY  12065 | : |

IN THE COURT OF COMMON PLEAS
OF SUSQUEHANNA COUNTY


CIVIL ACTION – LAW
JURY TRIAL DEMANDED

and/or
3 Depot Street
Taylor, PA  18517

D & H RAILROAD d/b/a DELAWARE    :
& HUDSON RAILWAY COMPANY, INC.   :
200 Clifton Corporate Parkway    :
Clifton Park, NY  12065          :
    and/or   :
3 Depot Street                   :
Taylor, PA  18517                :

DELAWARE & HUDSON RAILWAY        :
COMPANY, INC.                    :
c/o CT Corporation System        :
111 8th Avenue                   :
New York, NY  10011              :
    and/or   :
c/o CT Corporation System        :
1515 Market Street, Suite 1210   :
Philadelphia, PA  19102-1932,    :
    Defendants :   NO. 332  CV 2017  CP

## PRAECIPE FOR WRIT OF SUMMONS

## TO THE PROTHONOTARY OF SUSQUEHANNA COUNTY:

Issue Summons in the above civil case.

  X   Writ of Summons shall be issued and forwarded to the Sheriff.

McDONALD & MacGREGOR, LLC

By: _Malcolm L. MacGregor_____
    Malcolm L. MacGregor, Esquire
    538 Spruce Street, Suite 320
    Scranton, PA 18503
    570-209-7062
    Attorney for Plaintiffs

Date:  March 16, 2017

**McDonald & MacGregor, LLC**
By:  Malcolm L. MacGregor, Esquire
Attorney ID:  58625
538 Spruce Street - Suite 310
Scranton, PA  18503
(570) 209-7062                                                      Attorney for Plaintiff
::::::::::::::::::::::::::::::::::::::::::::::::::::::

RICHARD A. MAIETTA and              :      IN THE COURT OF COMMON PLEAS
CLAIRE MAIETTA, his wife,            :      OF SUSQUEHANNA COUNTY
285 Hathaway Street                  :
Wallington, NJ  07057,               :            2017-33 CP
                        Plaintiffs   :
                                     :
                                     :      CIVIL ACTION – LAW
        vs.                          :      JURY TRIAL DEMANDED
                                     :
                                     :
MICHELE L. MALSKI                    :
600 Gladiola Drive                   :
Clarks Summit, PA  18411             :
        and/or                       :
2109 Mill Road                       :
Apt. 118                             :
Alexandria, VA  22314-5322           :
                                     :
                                     :
CP RAIL SYSTEMS CORP                 :
200 Clifton Corporate Parkway        :
Clifton Park, NY  12065              :
                                     :
                                     :
CANADIAN PACIFIC RAILWAY,            :
Individually and d/b/a CP RAIL       :
SYSTEMS CORP                         :
200 Clifton Corporate Parkway        :
Clifton Park, NY  12065              :
        and/or                       :
3 Depot Street                       :
Taylor, PA  18517                    :
                                     :
                                     :
DELAWARE & HUDSON RAILWAY            :
COMPANY, INC. d/b/a CANADIAN         :
PACIFIC RAILWAY a/k/a CP RAIL        :
SYSTEM                               :
200 Clifton Corporate Parkway        :
Clifton Park, NY  12065              :
        and/or                       :
200 Clifton Corporate Parkway        :
P.O. Box 8002                        :
Clifton Park, NY  12065              :

and/or
3 Depot Street
Taylor, PA  18517                          :
                                           :
D & H RAILROAD d/b/a DELAWARE              :
& HUDSON RAILWAY COMPANY, INC.             :
200 Clifton Corporate Parkway             :
Clifton Park, NY  12065                   :
        and/or                            :
3 Depot Street                            :
Taylor, PA  18517                         :
                                           :
DELAWARE & HUDSON RAILWAY                  :
COMPANY, INC.                             :
c/o CT Corporation System                 :
111 8th Avenue                            :
New York, NY  10011                       :
        and/or                            :
c/o CT Corporation System                 :
1515 Market Street, Suite 1210            :
Philadelphia, PA  19102-1932,             :
                        Defendants   :     NO. 332   CV 2017   CP

## SUMMONS IN CIVIL ACTION

TO:    MICHELE L. MALSKI
       600 Gladiola Drive
       Clarks Summit, PA  18411

       MICHELE L. MALSKI
       2109 Mill Road
       Apt. 118
       Alexandria, VA  22314-5322

       CP RAIL SYSTEMS CORP
       200 Clifton Corporate Parkway
       Clifton Park, NY 12065

       CANADIAN PACIFIC RAILWAY,
       Individually and d/b/a CP RAIL
       SYSTEMS CORP
       200 Clifton Corporate Parkway
       Clifton Park, NY  12065

CANADIAN PACIFIC RAILWAY,
Individually and d/b/a CP RAIL
SYSTEMS CORP
3 Depot Street
Taylor, PA  18517

DELAWARE & HUDSON RAILWAY
COMPANY, INC. d/b/a CANADIAN
PACIFIC RAILWAY a/k/a CP RAIL
SYSTEM
200 Clifton Corporate Parkway
Clifton Park, NY  12065

DELAWARE & HUDSON RAILWAY
COMPANY, INC. d/b/a CANADIAN
PACIFIC RAILWAY a/k/a CP RAIL
SYSTEM
200 Clifton Corporate Parkway
P.O. Box 8002
Clifton Park, NY  12065

DELAWARE & HUDSON RAILWAY
COMPANY, INC. d/b/a CANADIAN
PACIFIC RAILWAY a/k/a CP RAIL
SYSTEM
3 Depot Street
Taylor, PA  18517

D & H RAILROAD d/b/a DELAWARE
& HUDSON RAILWAY COMPANY, INC.
200 Clifton Corporate Parkway
Clifton Park, NY  12065

D & H RAILROAD d/b/a DELAWARE
& HUDSON RAILWAY COMPANY, INC.
3 Depot Street
Taylor, PA  18517

DELAWARE & HUDSON RAILWAY
COMPANY, INC.
c/o CT Corporation System
111 8th Avenue
New York, NY  10011

DELAWARE & HUDSON RAILWAY
COMPANY, INC.
c/o CT Corporation System
1515 Market Street, Suite 1210
Philadelphia, PA  19102-1932


THE PLAINTIFFS HAVE COMMENCED AN ACTION AGAINST YOU.

_____

Prothonotary


Date: _3/16/2017_          By: _____

Deputy

**McDonald & MacGregor, LLC**
By:  Malcolm L. MacGregor, Esquire
Attorney ID:  58625
538 Spruce Street - Suite 310
Scranton, PA  18503
(570) 209-7062                                                          Attorney for Plaintiff
::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

| | |
|---|---|
| RICHARD A. MAIETTA and | : |
| CLAIRE MAIETTA, his wife, | : |
| 285 Hathaway Street | : |
| Wallington, NJ  07057, | : |
| Plaintiffs | : |

IN THE COURT OF COMMON PLEAS
OF SUSQUEHANNA COUNTY

2017 - 332 CP

CIVIL ACTION − LAW
JURY TRIAL DEMANDED

vs.

MICHELE L. MALSKI
600 Gladiola Drive
Clarks Summit, PA  18411
          and/or
2109 Mill Road
Apt. 118
Alexandria, VA  22314-5322

CP RAIL SYSTEMS CORP
200 Clifton Corporate Parkway
Clifton Park, NY  12065

CANADIAN PACIFIC RAILWAY,
Individually and d/b/a CP RAIL
SYSTEMS CORP
200 Clifton Corporate Parkway
Clifton Park, NY  12065
          and/or
3 Depot Street
Taylor, PA  18517

DELAWARE & HUDSON RAILWAY
COMPANY, INC. d/b/a CANADIAN
PACIFIC RAILWAY a/k/a CP RAIL
SYSTEM
200 Clifton Corporate Parkway
Clifton Park, NY  12065
          and/or
200 Clifton Corporate Parkway
P.O. Box 8002
Clifton Park, NY  12065

```
        and/or                          :
3 Depot Street                          :
Taylor, PA  18517                       :
                                        :
D & H RAILROAD d/b/a DELAWARE           :
& HUDSON RAILWAY COMPANY, INC.          :
200 Clifton Corporate Parkway           :
Clifton Park, NY  12065                 :
        and/or                          :
3 Depot Street                          :
Taylor, PA  18517                       :
                                        :
DELAWARE & HUDSON RAILWAY               :
COMPANY, INC.                           :
c/o CT Corporation System              :
111 8th Avenue                          :
New York, NY  10011                     :
        and/or                          :
c/o CT Corporation System              :
1515 Market Street, Suite 1210          :
Philadelphia, PA  19102-1932,           :
                      Defendants   :    NO. 330   CV 2017
```

## PRAECIPE FOR WRIT OF SUMMONS

## TO THE PROTHONOTARY OF SUSQUEHANNA COUNTY:

Issue Summons in the above civil case.

  X    Writ of Summons shall be issued and forwarded to the Sheriff.

McDONALD & MacGREGOR, LLC


By: _____
Malcolm L. MacGregor, Esquire
538 Spruce Street, Suite 320
Scranton, PA 18503
570-209-7062
Attorney for Plaintiffs


Date:  March 16, 2017

**McDonald & MacGregor, LLC**
By: Malcolm L. MacGregor, Esquire
Attorney ID: 58625
538 Spruce Street - Suite 310
Scranton, PA 18503
(570) 209-7062                                          Attorney for Plaintiff

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

RICHARD A. MAIETTA and            :      IN THE COURT OF COMMON PLEAS
CLAIRE MAIETTA, his wife,          :      OF SUSQUEHANNA COUNTY
285 Hathaway Street                :
Wallington, NJ 07057,              :
                        Plaintiffs :
                                   :      CIVIL ACTION – LAW
         vs.                       :      JURY TRIAL DEMANDED
                                   :
MICHELE L. MALSKI                  :
600 Gladiola Drive                 :
Clarks Summit, PA 18411            :
         and/or                    :
2109 Mill Road                     :
Apt. 118                           :
Alexandria, VA 22314-5322          :
                                   :
CP RAIL SYSTEMS CORP               :
200 Clifton Corporate Parkway      :
Clifton Park, NY 12065             :
                                   :
CANADIAN PACIFIC RAILWAY,          :
Individually and d/b/a CP RAIL     :
SYSTEMS CORP                       :
200 Clifton Corporate Parkway      :
Clifton Park, NY 12065             :
         and/or                    :
3 Depot Street                     :
Taylor, PA 18517                   :
                                   :
DELAWARE & HUDSON RAILWAY          :
COMPANY, INC. d/b/a CANADIAN       :
PACIFIC RAILWAY a/k/a CP RAIL      :
SYSTEM                             :
200 Clifton Corporate Parkway      :
Clifton Park, NY 12065             :
         and/or                    :
200 Clifton Corporate Parkway      :
P.O. Box 8002                      :
Clifton Park, NY 12065             :

and/or :
3 Depot Street :
Taylor, PA  18517 :
:
D & H RAILROAD d/b/a DELAWARE :
& HUDSON RAILWAY COMPANY, INC. :
200 Clifton Corporate Parkway :
Clifton Park, NY  12065 :
    and/or :
3 Depot Street :
Taylor, PA  18517 :
:
DELAWARE & HUDSON RAILWAY :
COMPANY, INC. :
c/o CT Corporation System :
111 8th Avenue :
New York, NY  10011 :
    and/or :
c/o CT Corporation System :
1515 Market Street, Suite 1210 :
Philadelphia, PA  19102-1932, :
             Defendants :   NO.33ƍ  CV 2017

## SUMMONS IN CIVIL ACTION

TO:   MICHELE L. MALSKI
       600 Gladiola Drive
       Clarks Summit, PA  18411

       MICHELE L. MALSKI
       2109 Mill Road
       Apt. 118
       Alexandria, VA  22314-5322

       CP RAIL SYSTEMS CORP
       200 Clifton Corporate Parkway
       Clifton Park, NY  12065

       CANADIAN PACIFIC RAILWAY,
       Individually and d/b/a CP RAIL
       SYSTEMS CORP
       200 Clifton Corporate Parkway
       Clifton Park, NY  12065

CANADIAN PACIFIC RAILWAY,
Individually and d/b/a CP RAIL
SYSTEMS CORP
3 Depot Street
Taylor, PA  18517

DELAWARE & HUDSON RAILWAY
COMPANY, INC. d/b/a CANADIAN
PACIFIC RAILWAY a/k/a CP RAIL
SYSTEM
200 Clifton Corporate Parkway
Clifton Park, NY  12065

DELAWARE & HUDSON RAILWAY
COMPANY, INC. d/b/a CANADIAN
PACIFIC RAILWAY a/k/a CP RAIL
SYSTEM
200 Clifton Corporate Parkway
P.O. Box 8002
Clifton Park, NY  12065

DELAWARE & HUDSON RAILWAY
COMPANY, INC. d/b/a CANADIAN
PACIFIC RAILWAY a/k/a CP RAIL
SYSTEM
3 Depot Street
Taylor, PA  18517

D & H RAILROAD d/b/a DELAWARE
& HUDSON RAILWAY COMPANY, INC.
200 Clifton Corporate Parkway
Clifton Park, NY  12065

D & H RAILROAD d/b/a DELAWARE
& HUDSON RAILWAY COMPANY, INC.
3 Depot Street
Taylor, PA  18517

DELAWARE & HUDSON RAILWAY
COMPANY, INC.
c/o CT Corporation System
111 8th Avenue
New York, NY  10011

DELAWARE & HUDSON RAILWAY
COMPANY, INC.
c/o CT Corporation System
1515 Market Street, Suite 1210
Philadelphia, PA  19102-1932


THE PLAINTIFFS HAVE COMMENCED AN ACTION AGAINST YOU.

_____
Prothonotary


Date: _____        By: _____
                                          Deputy

and/or
3 Depot Street
Taylor, PA  18517                            :
                                            :
D & H RAILROAD d/b/a DELAWARE               :
& HUDSON RAILWAY COMPANY, INC.              :
200 Clifton Corporate Parkway              :
Clifton Park, NY  12065                     :
     and/or                                 :
3 Depot Street                              :
Taylor, PA  18517                           :
                                            :
DELAWARE & HUDSON RAILWAY                   :
COMPANY, INC.                               :
c/o CT Corporation System                  :
111 8th Avenue                              :
New York, NY  10011                         :
     and/or                                 :
c/o CT Corporation System                  :
1515 Market Street, Suite 1210             :
Philadelphia, PA  19102-1932,              :
                      Defendants   :    NO. 332   CV 2017

## PRAECIPE FOR WRIT OF SUMMONS

## TO THE PROTHONOTARY OF SUSQUEHANNA COUNTY:

Issue Summons in the above civil case.

___X___   Writ of Summons shall be issued and forwarded to the Sheriff.

McDONALD & MacGREGOR, LLC

By: _____
       Malcolm L. MacGregor, Esquire
       538 Spruce Street, Suite 320
       Scranton, PA 18503
       570-209-7062
       Attorney for Plaintiffs

Date:  March 16, 2017

**McDonald & MacGregor, LLC**
By:  Malcolm L. MacGregor, Esquire
Attorney ID:  58625
538 Spruce Street - Suite 310
Scranton, PA  18503
(570) 209-7062

Attorney for Plaintiff

:::::::::::::::::::::::::::::::::::::::::::::::::::::::

RICHARD A. MAIETTA and                    :
CLAIRE MAIETTA, his wife,                  :
285 Hathaway Street                        :
Wallington, NJ  07057,                     :
                         Plaintiffs        :
                                           :
                                           :
          vs.                              :
                                           :
                                           :
MICHELE L. MALSKI                          :
600 Gladiola Drive                         :
Clarks Summit, PA  18411                   :
          and/or                           :
2109 Mill Road                             :
Apt. 118                                   :
Alexandria, VA  22314-5322                 :
                                           :
                                           :
CP RAIL SYSTEMS CORP                       :
200 Clifton Corporate Parkway              :
Clifton Park, NY  12065                    :
                                           :
                                           :
CANADIAN PACIFIC RAILWAY,                  :
Individually and d/b/a CP RAIL             :
SYSTEMS CORP                               :
200 Clifton Corporate Parkway              :
Clifton Park, NY  12065                    :
          and/or                           :
3 Depot Street                             :
Taylor, PA  18517                          :
                                           :
                                           :
DELAWARE & HUDSON RAILWAY                  :
COMPANY, INC. d/b/a CANADIAN               :
PACIFIC RAILWAY a/k/a CP RAIL              :
SYSTEM                                     :
200 Clifton Corporate Parkway              :
Clifton Park, NY  12065                    :
          and/or                           :
200 Clifton Corporate Parkway              :
P.O. Box 8002                              :
Clifton Park, NY  12065                    :

IN THE COURT OF COMMON PLEAS
OF SUSQUEHANNA COUNTY

2017- 332 CP

CIVIL ACTION – LAW
JURY TRIAL DEMANDED

**McDonald & MacGregor, LLC**
By:  Malcolm L. MacGregor, Esquire
Attorney ID:  58625
538 Spruce Street - Suite 310
Scranton, PA  18503
(570) 209-7062                                                    Attorney for Plaintiff
::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

RICHARD A. MAIETTA and             :        IN THE COURT OF COMMON PLEAS
CLAIRE MAIETTA, his wife,          :        OF SUSQUEHANNA COUNTY
285 Hathaway Street                :
Wallington, NJ  07057,             :
                        Plaintiffs :
                                   :        CIVIL ACTION – LAW
         vs.                       :        JURY TRIAL DEMANDED
                                   :
MICHELE L. MALSKI                  :
600 Gladiola Drive                 :
Clarks Summit, PA  18411           :
         and/or                    :
2109 Mill Road                     :
Apt. 118                           :
Alexandria, VA  22314-5322         :
                                   :
                                   :
CP RAIL SYSTEMS CORP               :
200 Clifton Corporate Parkway      :
Clifton Park, NY  12065            :
                                   :
                                   :
CANADIAN PACIFIC RAILWAY,          :
Individually and d/b/a CP RAIL     :
SYSTEMS CORP                       :
200 Clifton Corporate Parkway      :
Clifton Park, NY  12065            :
         and/or                    :
3 Depot Street                     :
Taylor, PA  18517                  :
                                   :
                                   :
DELAWARE & HUDSON RAILWAY          :
COMPANY, INC. d/b/a CANADIAN       :
PACIFIC RAILWAY a/k/a CP RAIL      :
SYSTEM                             :
200 Clifton Corporate Parkway      :
Clifton Park, NY  12065            :
         and/or                    :
200 Clifton Corporate Parkway      :
P.O. Box 8002                      :
Clifton Park, NY  12065            :

```
        and/or                          :
3 Depot Street                          :
Taylor, PA  18517                       :
                                        :
D & H RAILROAD d/b/a DELAWARE            :
& HUDSON RAILWAY COMPANY, INC.           :
200 Clifton Corporate Parkway           :
Clifton Park, NY  12065                 :
        and/or                          :
3 Depot Street                          :
Taylor, PA  18517                       :
                                        :
DELAWARE & HUDSON RAILWAY               :
COMPANY, INC.                           :
c/o CT Corporation System               :
111 8th Avenue                          :
New York, NY  10011                     :
        and/or                          :
c/o CT Corporation System               :
1515 Market Street, Suite 1210          :
Philadelphia, PA  19102-1932,           :
                    Defendants  :     NO. 332  CV 2017
```

## SUMMONS IN CIVIL ACTION

TO:   MICHELE L. MALSKI
      600 Gladiola Drive
      Clarks Summit, PA  18411

      MICHELE L. MALSKI
      2109 Mill Road
      Apt. 118
      Alexandria, VA  22314-5322

      CP RAIL SYSTEMS CORP
      200 Clifton Corporate Parkway
      Clifton Park, NY  12065

      CANADIAN PACIFIC RAILWAY,
      Individually and d/b/a CP RAIL
      SYSTEMS CORP
      200 Clifton Corporate Parkway
      Clifton Park, NY  12065

CANADIAN PACIFIC RAILWAY,
Individually and d/b/a CP RAIL
SYSTEMS CORP
3 Depot Street
Taylor, PA  18517

DELAWARE & HUDSON RAILWAY
COMPANY, INC. d/b/a CANADIAN
PACIFIC RAILWAY a/k/a CP RAIL
SYSTEM
200 Clifton Corporate Parkway
Clifton Park, NY  12065

DELAWARE & HUDSON RAILWAY
COMPANY, INC. d/b/a CANADIAN
PACIFIC RAILWAY a/k/a CP RAIL
SYSTEM
200 Clifton Corporate Parkway
P.O. Box 8002
Clifton Park, NY  12065

DELAWARE & HUDSON RAILWAY
COMPANY, INC. d/b/a CANADIAN
PACIFIC RAILWAY a/k/a CP RAIL
SYSTEM
3 Depot Street
Taylor, PA  18517

D & H RAILROAD d/b/a DELAWARE
& HUDSON RAILWAY COMPANY, INC.
200 Clifton Corporate Parkway
Clifton Park, NY  12065

D & H RAILROAD d/b/a DELAWARE
& HUDSON RAILWAY COMPANY, INC.
3 Depot Street
Taylor, PA  18517

DELAWARE & HUDSON RAILWAY
COMPANY, INC.
c/o CT Corporation System
111 8th Avenue
New York, NY  10011

DELAWARE & HUDSON RAILWAY
COMPANY, INC.
c/o CT Corporation System
1515 Market Street, Suite 1210
Philadelphia, PA  19102-1932


THE PLAINTIFFS HAVE COMMENCED AN ACTION AGAINST YOU.

_____
Prothonotary


Date: March 16, 2017          By: _____
                                        Deputy

**McDonald & MacGregor, LLC**
By:  Malcolm L. MacGregor, Esquire
Attorney ID:  58625
538 Spruce Street - Suite 310
Scranton, PA  18503
(570) 209-7062                                                    Attorney for Plaintiff
::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

RICHARD A. MAIETTA and                    :        IN THE COURT OF COMMON PLEAS
CLAIRE MAIETTA, his wife,                   :        OF SUSQUEHANNA COUNTY
285 Hathaway Street                          :
Wallington, NJ  07057,                        :        2017· 332 C P
                              Plaintiffs        :
                                                    :        CIVIL ACTION — LAW
        vs.                                          :        JURY TRIAL DEMANDED
                                                    :
MICHELE L. MALSKI                           :
600 Gladiola Drive                            :
Clarks Summit, PA  18411                  :
        and/or                                    :
2109 Mill Road                                 :
Apt. 118                                          :
Alexandria, VA  22314-5322               :
                                                    :
CP RAIL SYSTEMS CORP                   :
200 Clifton Corporate Parkway          :
Clifton Park, NY  12065                     :
                                                    :
CANADIAN PACIFIC RAILWAY,            :
Individually and d/b/a CP RAIL           :
SYSTEMS CORP                               :
200 Clifton Corporate Parkway          :
Clifton Park, NY  12065                     :
        and/or                                    :
3 Depot Street                                 :
Taylor, PA  18517                            :
                                                    :
DELAWARE & HUDSON RAILWAY        :
COMPANY, INC. d/b/a CANADIAN       :
PACIFIC RAILWAY a/k/a CP RAIL        :
SYSTEM                                         :
200 Clifton Corporate Parkway          :
Clifton Park, NY  12065                     :
        and/or                                    :
200 Clifton Corporate Parkway          :
P.O. Box 8002                                 :
Clifton Park, NY  12065                     :

and/or
3 Depot Street
Taylor, PA  18517                        :

D & H RAILROAD d/b/a DELAWARE       :
& HUDSON RAILWAY COMPANY, INC.      :
200 Clifton Corporate Parkway       :
Clifton Park, NY  12065             :
    and/or                        :
3 Depot Street                      :
Taylor, PA  18517                   :
                                    :
DELAWARE & HUDSON RAILWAY           :
COMPANY, INC.                       :
c/o CT Corporation System           :
111 8th Avenue           :
New York, NY  10011                 :
    and/or                        :
c/o CT Corporation System           :
1515 Market Street, Suite 1210      :
Philadelphia, PA  19102-1932,       :
                  Defendants   :   NO. 332   CV 2017

## PRAECIPE FOR WRIT OF SUMMONS

## TO THE PROTHONOTARY OF SUSQUEHANNA COUNTY:

      Issue Summons in the above civil case.

  _X_   Writ of Summons shall be issued and forwarded to the Sheriff.

        McDONALD & MacGREGOR, LLC

        By: _Malcolm L MacGregor_____
            Malcolm L. MacGregor, Esquire
            538 Spruce Street, Suite 320
            Scranton, PA 18503
            570-209-7062
            Attorney for Plaintiffs

Date:  March 16, 2017

**McDonald & MacGregor, LLC**
By: Malcolm L. MacGregor, Esquire
Attorney ID:  58625
538 Spruce Street - Suite 310
Scranton, PA  18503
(570) 209-7062                                                  Attorney for Plaintiff
::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

RICHARD A. MAIETTA and          :        IN THE COURT OF COMMON PLEAS
CLAIRE MAIETTA, his wife,       :        OF SUSQUEHANNA COUNTY
285 Hathaway Street             :
Wallington, NJ  07057,          :
                     Plaintiffs :
                                :        CIVIL ACTION – LAW
       vs.                      :        JURY TRIAL DEMANDED
                                :
MICHELE L. MALSKI               :
600 Gladiola Drive              :
Clarks Summit, PA  18411        :
       and/or                   :
2109 Mill Road                  :
Apt. 118                        :
Alexandria, VA  22314-5322      :
                                :
CP RAIL SYSTEMS CORP            :
200 Clifton Corporate Parkway   :
Clifton Park, NY  12065         :
                                :
CANADIAN PACIFIC RAILWAY,       :
Individually and d/b/a CP RAIL  :
SYSTEMS CORP                    :
200 Clifton Corporate Parkway   :
Clifton Park, NY 12065          :
       and/or                   :
3 Depot Street                  :
Taylor, PA  18517               :
                                :
DELAWARE & HUDSON RAILWAY       :
COMPANY, INC. d/b/a CANADIAN    :
PACIFIC RAILWAY a/k/a CP RAIL   :
SYSTEM                          :
200 Clifton Corporate Parkway   :
Clifton Park, NY  12065         :
       and/or                   :
200 Clifton Corporate Parkway   :
P.O. Box 8002                   :
Clifton Park, NY  12065         :

|                                                                                              |   |
|----------------------------------------------------------------------------------------------|---|
| and/or<br>3 Depot Street<br>Taylor, PA  18517                                                | : |
|                                                                                              | : |
| D & H RAILROAD d/b/a DELAWARE<br>& HUDSON RAILWAY COMPANY, INC.<br>200 Clifton Corporate Parkway<br>Clifton Park, NY  12065<br>     and/or<br>3 Depot Street<br>Taylor, PA  18517 | : |
|                                                                                              | : |
| DELAWARE & HUDSON RAILWAY<br>COMPANY, INC.<br>c/o CT Corporation System<br>111 8th Avenue<br>New York, NY  10011<br>     and/or<br>c/o CT Corporation System<br>1515 Market Street, Suite 1210<br>Philadelphia, PA  19102-1932, | : |

and/or
3 Depot Street
Taylor, PA  18517
:
:
:
:

D & H RAILROAD d/b/a DELAWARE
& HUDSON RAILWAY COMPANY, INC.
200 Clifton Corporate Parkway
Clifton Park, NY  12065
     and/or
3 Depot Street
Taylor, PA  18517
:
:
:
:
:
:
:
:

DELAWARE & HUDSON RAILWAY
COMPANY, INC.
c/o CT Corporation System
111 8th Avenue
New York, NY  10011
     and/or
c/o CT Corporation System
1515 Market Street, Suite 1210
Philadelphia, PA  19102-1932,
:
:
:
:
:
:
:
:
:

                                        Defendants   :     NO. 332   CV 2017

## SUMMONS IN CIVIL ACTION

TO:   MICHELE L. MALSKI
        600 Gladiola Drive
        Clarks Summit, PA  18411

        MICHELE L. MALSKI
        2109 Mill Road
        Apt. 118
        Alexandria, VA  22314-5322

        CP RAIL SYSTEMS CORP
        200 Clifton Corporate Parkway
        Clifton Park, NY  12065

        CANADIAN PACIFIC RAILWAY,
        Individually and d/b/a CP RAIL
        SYSTEMS CORP
        200 Clifton Corporate Parkway
        Clifton Park, NY  12065

CANADIAN PACIFIC RAILWAY,
Individually and d/b/a CP RAIL
SYSTEMS CORP
3 Depot Street
Taylor, PA  18517

DELAWARE & HUDSON RAILWAY
COMPANY, INC. d/b/a CANADIAN
PACIFIC RAILWAY a/k/a CP RAIL
SYSTEM
200 Clifton Corporate Parkway
Clifton Park, NY  12065

DELAWARE & HUDSON RAILWAY
COMPANY, INC. d/b/a CANADIAN
PACIFIC RAILWAY a/k/a CP RAIL
SYSTEM
200 Clifton Corporate Parkway
P.O. Box 8002
Clifton Park, NY  12065

DELAWARE & HUDSON RAILWAY
COMPANY, INC. d/b/a CANADIAN
PACIFIC RAILWAY a/k/a CP RAIL
SYSTEM
3 Depot Street
Taylor, PA  18517

D & H RAILROAD d/b/a DELAWARE
& HUDSON RAILWAY COMPANY, INC.
200 Clifton Corporate Parkway
Clifton Park, NY  12065

D & H RAILROAD d/b/a DELAWARE
& HUDSON RAILWAY COMPANY, INC.
3 Depot Street
Taylor, PA  18517

DELAWARE & HUDSON RAILWAY
COMPANY, INC.
c/o CT Corporation System
111 8th Avenue
New York, NY  10011

DELAWARE & HUDSON RAILWAY
COMPANY, INC.
c/o CT Corporation System
1515 Market Street, Suite 1210
Philadelphia, PA  19102-1932


THE PLAINTIFFS HAVE COMMENCED AN ACTION AGAINST YOU.

_____
Prothonotary

Date: March 16, 2017          By: _____
                                          Deputy

**Dickie, McCamey & Chilcote, P.C.**
By:    J. Lawson Johnston, Esquire
        Attorney ID: 19792
        Scott D. Clements, Esquire
        Attorney ID: 78529
Two PPG Place, Suite 400
Pittsburgh, PA 15222
(412) 281-7272

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

| | |
|---|---|
| RICHARD A. MAIETTA and<br>CLAIRE MAIETTA, his wife, | IN THE COURT OF COMMON PLEAS<br>OF SUSQUEHANNA COUNTY |
| Plaintiffs, | CIVIL ACTION – LAW<br>JURY TRIAL DEMANDED |
| v. | NO. 332 CV 2017 CP |
| MICHELE L. MALSKI; CP RAIL SYSTEMS<br>CORP.; CANADIAN PACIFIC RAILWAY,<br>Individually and d/b/a CP RAIL SYSTEMS<br>CORP.; DELAWARE & HUDSON RAILWAY<br>COMPANY, INC. d/b/a Canadian Pacific<br>Railway a/k/a CP Rail System; D&H<br>RAILROAD d/b/a DELAWARE & HUDSON<br>RAILWAY COMPANY, INC.; and<br>DELAWARE & HUDSON RAILWAY<br>COMPANY, INC., | |
| Defendants. | |

## PRAECIPE FOR ENTRY OF APPEARANCE

To:    PROTHONOTARY

Kindly enter the appearance of J. Lawson Johnston and Scott D. Clements, as counsel

for Michele L. Malski and Delaware and Hudson Railway Company, Inc. d/b/a Canadian

Pacific, Defendants in the above matter.

Respectfully submitted,

DICKIE, McCAMEY & CHILCOTE, P.C.

By: _____

J. Lawson Johnston, Esquire
Scott D. Clements, Esquire

Two PPG Place, Suite 400
Pittsburgh, PA 15222-5402
(412) 281-7272

Counsel for Defendants,
Michele L. Malski and Delaware and
Hudson Railway Company, Inc. d/b/a
Canadian Pacific, incorrectly identified
as CP Rail Systems Corp., Canadian
Pacific Railway, Individually and d/b/a
CP Rail Systems Corp., Delaware &
Hudson Railway Company, Inc. d/b/a
Canadian Pacific Railway a/k/a CP Rail
System, and D&H Railroad d/b/a
Delaware & Hudson Railway Company,
Inc.

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Praecipe for Entry of Appearance has been served by mailing a copy, United States mail, first class, postage prepaid, this 17th day of April, 2017, to the following:

Malcolm L. MacGregor, Esquire
McDonald & MacGregor, LLC
538 Spruce Street, Suite 320
Scranton, PA  18503

DICKIE, McCAMEY & CHILCOTE, P.C.

By: _____
J. Lawson Johnston, Esquire
Scott D. Clements, Esquire

Counsel for Defendants,
Michele L. Malski and Delaware and
Hudson Railway Company, Inc. d/b/a
Canadian Pacific.

5567510.1

**Dickie, McCamey & Chilcote, P.C.**
By:    J. Lawson Johnston, Esquire
        Attorney ID: 19792
        Scott D. Clements, Esquire
        Attorney ID: 78529
Two PPG Place, Suite 400
Pittsburgh, PA 15222
(412) 281-7272

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

| | |
|---|---|
| RICHARD A. MAIETTA and<br>CLAIRE MAIETTA, his wife,<br><br>        Plaintiffs,<br><br>    v.<br><br>MICHELE L. MALSKI; CP RAIL SYSTEMS<br>CORP.; CANADIAN PACIFIC RAILWAY,<br>Individually and d/b/a CP RAIL SYSTEMS<br>CORP.; DELAWARE & HUDSON RAILWAY<br>COMPANY, INC. d/b/a Canadian Pacific<br>Railway a/k/a CP Rail System; D&H<br>RAILROAD d/b/a DELAWARE & HUDSON<br>RAILWAY COMPANY, INC.; and<br>DELAWARE & HUDSON RAILWAY<br>COMPANY, INC.,<br><br>        Defendants. | IN THE COURT OF COMMON PLEAS<br>OF SUSQUEHANNA COUNTY<br><br>CIVIL ACTION – LAW<br>JURY TRIAL DEMANDED<br><br>NO. 332 CV 2017 CP |

## PRAECIPE FOR RULE TO FILE COMPLAINT

To:    Prothonotary

    Please enter a Rule against the Plaintiffs to file a Complaint against the Defendants within twenty (20) days hereof or suffer the entry of a Judgment of Non Pros.

        Respectfully submitted,

        DICKIE, McCAMEY & CHILCOTE, P.C.

    By:    _Scott D. Cl_____

        J. Lawson Johnston, Esquire
        Scott D. Clements, Esquire

        Two PPG Place, Suite 400
        Pittsburgh, PA 15222-5402
        (412) 281-7272

        Counsel for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **PRAECIPE FOR RULE TO FILE COMPLAINT** has been served on this 18th day of April, 2017, by U. S. first-class mail, postage prepaid, to the following:

Malcolm L. MacGregor, Esquire
McDonald & MacGregor, LLC
538 Spruce Street, Suite 320
Scranton, PA 18503

DICKIE, McCAMEY & CHILCOTE, P.C.

By: _____
J. Lawson Johnston, Esquire
Scott D. Clements, Esquire

Counsel for Defendants

RICHARD A. MAIETTA and
CLAIRE MAIETTA, his wife,

          Plaintiffs,

    v.

MICHELE L. MALSKI; CP RAIL SYSTEMS
CORP.; CANADIAN PACIFIC RAILWAY,
Individually and d/b/a CP RAIL SYSTEMS
CORP.; DELAWARE & HUDSON RAILWAY
COMPANY, INC. d/b/a Canadian Pacific
Railway a/k/a CP Rail System; D&H
RAILROAD d/b/a DELAWARE & HUDSON
RAILWAY COMPANY, INC.; and
DELAWARE & HUDSON RAILWAY
COMPANY, INC.,

          Defendants.

IN THE COURT OF COMMON PLEAS
OF SUSQUEHANNA COUNTY

CIVIL ACTION – LAW
JURY TRIAL DEMANDED

NO. 332 CV 2017 CP

## **RULE TO FILE COMPLAINT**

AND NOW, this _____ day of April, 2017, a Rule is hereby GRANTED upon

Plaintiffs to file a Complaint herein against Defendants within twenty (20) days after

service hereof or suffer the entry of a Judgment of Non Pros.

        By: _____

                    Prothonotary

        By: _____

                 · Deputy



RICHARD A. MAIETTA and
CLAIRE MAIETTA, his wife,

        Plaintiffs,

    v.

MICHELE L. MALSKl; CP RAIL SYSTEMS
CORP.; CANADIAN PACIFIC RAILWAY,
Individually and d/b/a CP RAIL SYSTEMS
CORP.; DELAWARE & HUDSON RAILWAY
COMPANY, INC. d/b/a Canadian Pacific
Railway a/k/a CP Rail System; D&H
RAILROAD d/b/a DELAWARE & HUDSON
RAILWAY COMPANY, INC.; and
DELAWARE & HUDSON RAILWAY
COMPANY, INC.,

        Defendants.

IN THE COURT OF COMMON PLEAS
OF SUSQUEHANNA COUNTY

CIVIL ACTION – LAW
JURY TRIAL DEMANDED

NO. 332 CV 2017 CP

## RULE TO FILE COMPLAINT

AND NOW, this 26th day of April, 2017, a Rule is hereby GRANTED upon Plaintiffs to file a Complaint herein against Defendants within twenty (20) days after service hereof or suffer the entry of a Judgment of Non Pros.

By: _____
                Prothonotary

By: _____
                Deputy

**Dickie, McCamey & Chilcote, P.C.**
By:    J. Lawson Johnston, Esquire
        Attorney ID: 19792
        Scott D. Clements, Esquire
        Attorney ID: 78529
Two PPG Place, Suite 400
Pittsburgh, PA 15222
(412) 281-7272

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

| | |
|---|---|
| RICHARD A. MAIETTA and <br> CLAIRE MAIETTA, his wife, | IN THE COURT OF COMMON PLEAS <br> OF SUSQUEHANNA COUNTY |
| Plaintiffs, | CIVIL ACTION – LAW <br> JURY TRIAL DEMANDED |
| v. | NO. 332 CV 2017 CP |
| MICHELE L. MALSKI; CP RAIL SYSTEMS <br> CORP.; CANADIAN PACIFIC RAILWAY, <br> Individually and d/b/a CP RAIL SYSTEMS <br> CORP.; DELAWARE & HUDSON RAILWAY <br> COMPANY, INC. d/b/a Canadian Pacific <br> Railway a/k/a CP Rail System; D&H <br> RAILROAD d/b/a DELAWARE & HUDSON <br> RAILWAY COMPANY, INC.; and <br> DELAWARE & HUDSON RAILWAY <br> COMPANY, INC., | |
| Defendants. | |

## AFFIDAVIT OF SERVICE OF RULE TO FILE COMPLAINT

    I, Scott D. Clements, Esquire, do hereby provide this Affidavit, under oath, and in support of the following facts:

    1.    I am counsel of record for Defendants in this case.

    2.    On May 2, 2017, I sent a letter to Plaintiff's counsel Malcolm L. MacGregor, by certified mail, return receipt requested, serving him with the original "Rule to File Complaint," which I had obtained from the Court pursuant to Praecipe in this matter. (A true and correct copy of the May 2, 2017 letter is attached hereto and marked "Exhibit 1.")

3.     I received back from the United States Postal Service the green, return receipt card, evidencing receipt of the certified mail on May 5, 2017.  (A true and correct copy of the green, return receipt card is attached hereto and marked "Exhibit 2").

4.     This Affidavit is being supplied in support of the Rule to File Complaint, the original of which was served on May 2, 2017.

Respectfully submitted,

DICKIE, McCAMEY & CHILCOTE, P.C.

By: _____

Scott D. Clements, Esquire

Two PPG Place, Suite 400
Pittsburgh, PA  15222-5402
(412) 281-7272

Counsel for Defendants

Sworn to and subscribed before me this

_____ day of _____ , 2017.

_____
NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Cris Lyker, Notary Public
City of Pittsburgh, Allegheny County
My Commission Expires July 26, 2018
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

# EXHIBIT 1



Scott D. Clements
Attorney at Law
Admitted in PA, NY, WV

412-392-5484
Fax: 888-811-7144
sclements@dmclaw.com

May 2, 2017

**VIA CERTIFIED MAIL - RETURN RECEIPT REQUESTED**

Malcolm L. MacGregor, Esquire
McDonald & MacGregor, LLC
Scranton Life Building
538 Spruce Street, Suite 320
Scranton, PA 18503

     RE:   Richard and Claire Maietta v. Michele L. Malski, et al.
           Case No. 332 CV 2017 CP (Susquehanna County, PA)
           Our File No.: 0055546.0359822

Dear Mr. MacGregor:

     Enclosed please find the Rule to File Complaint issued by the Prothonotary on April 26, 2017.

     Thank you for your attention to this matter.

                      Sincerely,

                      Scott D. Clements

SDC\smj
Enclosure

5634931.1

DICKIE, McCAMEY & CHILCOTE, P.C. | ATTORNEYS AT LAW
MAIN: 412-281-7272  FAX: 888-811-7144
TWO PPG PLACE, SUITE 400 | PITTSBURGH, PA 15222-5402 | WWW.DMCLAW.COM

CALIFORNIA | DELAWARE | NEW JERSEY
NEW YORK | NORTH CAROLINA | OHIO
PENNSYLVANIA | SOUTH CAROLINA | WEST VIRGINIA

**EXHIBIT 2**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Malcolm X MacGregor, Esq.
McDonald X MacGregor, LLC
Scranton Life Building
538 Spruce Street, Suite 320
Scranton, PA  18503

9590 9402 1802 6074 6084 68

2. Article Number (Transfer from service label)

7016 0910 0000 4095 3449

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Wency Mil                        5-5-17

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

18505-USPS
SCRANTON MAIN OFFICE
MAY 5 2017

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **AFFIDAVIT OF SERVICE OF RULE TO FILE COMPLAINT** has been served on this 18th day of May, 2017, by U. S. first-class mail, postage prepaid, to the following:

Malcolm L. MacGregor, Esquire
McDonald & MacGregor, LLC
538 Spruce Street, Suite 320
Scranton, PA  18503

DICKIE, McCAMEY & CHILCOTE, P.C.

By: _____
J. Lawson Johnston, Esquire
Scott D. Clements, Esquire

Counsel for Defendants

:::::::::::::::::::::::::::::::::::::::: : IN THE COURT OF COMMON PLEAS
RICHARD A. MAIETTA and                : OF SUSQUEHANNA COUNTY
CLAIRE MAIETTA, his wife,             :
                                      :
                                      : CIVIL ACTION – LAW
         Plaintiffs,                  : JURY TRIAL DEMANDED
                                      :
    v.                                : NO. 332 CV 2017 CP
                                      :
MICHELE L. MALSKI; CP RAIL SYSTEMS    :
CORP.; CANADIAN PACIFIC RAILWAY,      :
Individually and d/b/a CP RAIL SYSTEMS :
CORP.; DELAWARE & HUDSON RAILWAY      :
COMPANY, INC. d/b/a Canadian Pacific  :
Railway a/k/a CP Rail System; D&H     :
RAILROAD d/b/a DELAWARE & HUDSON      :
RAILWAY COMPANY, INC.; and            :
DELAWARE & HUDSON RAILWAY             :
COMPANY, INC.,                        :
                                      :
         Defendants.                  :

### NOTICE OF PRAECIPE TO ENTER JUDGMENT OF NON PROS

To:   Richard A. Maietta and Claire Maietta
      c/o Malcolm L. MacGregor, Esquire
      McDonald & MacGregor, LLC
      Scranton Life Building
      538 Spruce Street, Suite 320
      Scranton, PA  18503

Date of Notice:  June 16, 2017

### IMPORTANT NOTICE

    YOU ARE IN DEFAULT BECAUSE YOU HAVE FAILED TO FILE A COMPLAINT IN THIS
CASE.   UNLESS YOU ACT WITHIN TEN DAYS FROM THE DATE OF THIS NOTICE, A
JUDGMENT MAY BE ENTERED AGAINST YOU WITHOUT A HEARING AND YOU MAY LOSE
YOUR RIGHT TO SUE THE DEFENDANT AND THEREBY LOSE PROPERTY OR OTHER
IMPORTANT RIGHTS.

    YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE.  IF YOU DO NOT
HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW.  THIS OFFICE
CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

    IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO
PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICE
TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

Susquehanna County Prothonotary
P.O. Box 218
105 Maple Street
Montrose, PA 18801
(570) 278-4600

Respectfully submitted,

DICKIE, McCAMEY & CHILCOTE, P.C.

By: _____
J. Lawson Johnston, Esquire
PA 19792
Scott D. Clements, Esquire
PA 78529

Two PPG Place, Suite 400
Pittsburgh, PA  15222-5402
(412) 281-7272

Counsel for Defendants,
Michele L. Malski and Delaware and
Hudson Railway Company, Inc. d/b/a
Canadian Pacific, incorrectly identified
as CP Rail Systems Corp., Canadian
Pacific Railway, Individually and d/b/a
CP Rail Systems Corp., Delaware &
Hudson Railway Company, Inc. d/b/a
Canadian Pacific Railway a/k/a CP Rail
System, and D&H Railroad d/b/a
Delaware & Hudson Railway Company,
Inc.

2

## CERTIFICATE OF SERVICE

I, Scott D. Clements, Esq., hereby certify that a true and correct copy of the foregoing

**Notice of Praecipe to Enter Judgment of Non Pros** has been served by U. S. Mail, first-

class, postage prepaid, this 16th day of June, 2017, to the following:

> Malcolm L. MacGregor, Esquire
> McDonald & MacGregor, LLC
> 538 Spruce Street, Suite 320
> Scranton, PA  18503

DICKIE, McCAMEY & CHILCOTE, P.C.

By: _____
J. Lawson Johnston, Esquire
Scott D. Clements, Esquire

Counsel for Defendants,
Michele L. Malski and Delaware and
Hudson Railway Company, Inc. d/b/a
Canadian Pacific.

5808360.1



## McDonald & MacGregor, LLC

By:  Malcolm L. MacGregor, Esquire
Attorney ID:  58625
538 Spruce Street - Suite 310
Scranton, PA  18503
(570) 209-7062

Attorney for Plaintiff

:::::::::::::::::::::::::::::::::::::::::::::::::::::

| | |
|---|---|
| RICHARD A. MAIETTA and<br>CLAIRE MAIETTA, his wife, : <br>              Plaintiffs : <br> : <br> : <br>vs. : <br> : <br>MICHELE L. MALSKI, : <br>CP RAIL SYSTEMS CORP, : <br>CANADIAN PACIFIC RAILWAY, : <br>Individually and d/b/a CP RAIL : <br>SYSTEMS CORP, : <br>DELAWARE & HUDSON RAILWAY : <br>COMPANY, INC. d/b/a CANADIAN : <br>PACIFIC RAILWAY a/k/a CP RAIL : <br>SYSTEM, : <br>D & H RAILROAD d/b/a DELAWARE : <br>& HUDSON RAILWAY COMPANY, INC. : <br>DELAWARE & HUDSON RAILWAY, : <br>COMPANY, INC., : <br>              Defendants : | IN THE COURT OF COMMON PLEAS<br>OF SUSQUEHANNA COUNTY<br><br><br><br>CIVIL ACTION – LAW<br><br><br><br>JURY TRIAL DEMANDED<br><br><br>NO. 2017-332 CP |

**NOTICE**

      YOU HAVE BEEN SUED IN COURT.  If you wish to defend against the claim set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by an attorney and filing in writing with the court your defenses or objections to the claims set forth against you.  You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff.  You may lose money or property or other rights important to you.

      **YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE.  IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW.  THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.**

**IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED RATE  OR NO FEE.**

Pennsylvania Lawyer Referral Service
Pennsylvania Bar Association
P.O. Box 186
Harrisburg, PA  17108
Telephone:  1-800-692-7375

Northern PA Legal Services, Inc.
507 Main Street
Towanda, PA  18848
Telephone:  (877) 515-7732

Susquehanna County Bar Association
181 Maple Street
Montrose, PA  18801
Telephone:  (570) 278-3741

Susquehanna County Prothonotary Office
Susquehanna County Courthouse
105 Maple Street
P.O. Box 218
Montrose, PA  18801
Telephone:  (570) 278-4600 x 120


Malcolm L. MacGregor, Esquire
Attorney for Plaintiffs



**McDonald & MacGregor, LLC**
By:  Malcolm L. MacGregor, Esquire
Attorney ID:  58625
538 Spruce Street - Suite 310
Scranton, PA  18503
(570) 209-7062

Attorney for Plaintiff

:::::::::::::::::::::::::::::::::::::::::::::::::::

| | |
|---|---|
| RICHARD A. MAIETTA and<br>CLAIRE MAIETTA, his wife,<br>          Plaintiffs<br><br>vs.<br><br>MICHELE L. MALSKI,<br>CP RAIL SYSTEMS CORP,<br>CANADIAN PACIFIC RAILWAY,<br>Individually and d/b/a CP RAIL<br>SYSTEMS CORP,<br>DELAWARE & HUDSON RAILWAY<br>COMPANY, INC. d/b/a CANADIAN<br>PACIFIC RAILWAY a/k/a CP RAIL<br>SYSTEM,<br>D & H RAILROAD d/b/a DELAWARE<br>& HUDSON RAILWAY COMPANY, INC.<br>DELAWARE & HUDSON RAILWAY,<br>COMPANY, INC.,<br>        Defendants | IN THE COURT OF COMMON PLEAS<br>OF SUSQUEHANNA COUNTY<br><br><br>CIVIL ACTION – LAW<br><br><br><br><br>JURY TRIAL DEMANDED<br><br><br><br>NO. 2017-332 CP |

**CIVIL ACTION COMPLAINT**

AND NOW, come the Plaintiffs, Richard A. Maietta and Claire Maietta, his wife, by and through their counsel, Malcolm L. MacGregor, Esquire, of the law firm of McDonald & MacGregor, LLC, and hereby files the within Complaint and respectfully avers as follows, in support thereof:

1.  Plaintiffs, Richard A. Maietta and Claire Maietta, are adult citizens and residents of the State of New Jersey, residing therein at 285 Hathaway Street, Wallington, Bergen County, New Jersey, 07057.

1

2.  Defendant, Michele L. Malski, (hereinafter referred to as "Defendant Malski") is, upon information and belief, and currently, an adult citizen and resident of the State of Virginia, residing therein at 2109 Mill Road, Apartment 118, Alexandria, Fairfax County, Virginia, 22314, formerly believed to be an adult citizen and resident of the Commonwealth of Pennsylvania at the time of the incident giving rise to this action, residing therein at 600 Gladiola Drive, Clarks Summit, Lackawanna County, Pennsylvania, 18411.

3.  CP Rail Systems Corp. (hereinafter collectively referred to a "Defendant Railway") is, upon information and belief, a Delaware corporation with its principal place of business located at 200 Clifton Corporate Parkway, Clifton Park, New York, 12065.

4.  Canadian Pacific Railway, Individually and d/b/a CP Rail Systems Corp. (hereinafter collectively referred to a "Defendant Railway") is, upon information and belief, a Delaware corporation with its principal place of business located at 200 Clifton Corporate Parkway, Clifton Park, New York, 12065.

5.  Delaware & Hudson Railway Company, Inc. d/b/a Canadian Pacific Railway a/k/a CP Rail System, (hereinafter collectively referred to a "Defendant Railway") is, upon information and belief, a Delaware corporation with its principal place of business located at 200 Clifton Corporate Parkway, Clifton Park, New York, 12065.

6.  D & H Railroad d/b/a Delaware & Hudson Railway Company, Inc. (hereinafter collectively referred to a "Defendant Railway") is, upon information and belief, a Delaware corporation with its principal place of business located at 200 Clifton Corporate Parkway, Clifton Park, New York, 12065.

2

7.  Delaware & Hudson Railway Company, Inc. (hereinafter collectively referred to a "Defendant Railway") is, upon information and belief, a Delaware corporation with an address of c/o CT Corporation 1515 Market Street, Suite 1210, Philadelphia, PA 19102 and its principal place of business located at 200 Clifton Corporate Parkway, Clifton Park, New York, 12065.

8.  On or about March 18, 2015, at approximately 7:43 A.M., Plaintiff, Richard A. Maietta was operating a black 2013 Hino Hino 268, owned by his employer, Meyer Logistics, Inc., lawfully traveling South on Interstate 81, at or near mile marker 218, in Harford Township, Susquehanna County, Pennsylvania.

9.  On or about March 18, 2015, at approximately 7:43 A.M., Defendant, Malski, was operating a white 2006 Dodge Dakota, bearing New York registration number 58530JV, owned by her employer, Defendant Railway, traveling North on Interstate 81, at or near mile marker 218, in Harford Township, Susquehanna County, Pennsylvania.

10.  On or about March 18, 2015, at approximately 7:43 A.M., Interstate 81 at or near mile marker 218 in Harford Township, Susquehanna County, Pennsylvania, was a four-laned, paved asphalt roadway with a center-dividing grass median splitting the northbound and southbound lanes, having a posted speed limit of sixty-five (65) miles per hour.

11.  At the aforementioned date, time and place, Plaintiff, Richard A. Maietta, was lawfully traveling in the left southbound lane passing through an active crash investigation zone at a restricted speed, when Defendant Malski, traveling in the right

3

northbound lane, suddenly and without warning, negligently and carelessly, lost control of her vehicle, swerved in a northwest direction leaving the northbound lanes of Interstate 81, crossed the grass-covered median, entered the southbound lanes of Interstate 81 airborne, and crashed her vehicle into the driver side door and pillar of the vehicle in which Plaintiff was occupying, without justification or excuse, causing a violent collision and the serious and severe injuries set forth herein.

12. At all times relevant hereto, Plaintiff, Richard A. Maietta, was in the exercise of due care and caution for his own safety.

13. The aforementioned accident was caused by the careless and negligent conduct on the part of the Defendant and was not due in any manner or by any act or failure to act on the part of the Plaintiff who was a passenger, rather than an operator, of the vehicle in question.

**COUNT I**

**RICHARD A. MAIETTA**

**v.**

**MICHELE L. MALSKI**

**NEGLIGENCE**

14. The allegations of paragraphs one through thirteen are incorporated herein as though fully set forth at length.

15. The careless and negligent conduct on the part of the Defendant, Michele L. Malski, consisted of one or more of the following:

a.   operating her vehicle in a careless disregard for the lives and property of others, specifically, Plaintiff, Richard A. Maietta, in violation of 75 Pa.C.S.A. §3714;

4

b.     operating her vehicle in violation of 75 Pa.C.S.A. §3301(a) in that she failed to operate her vehicle on the right side of the roadway;

c.     operating her vehicle in violation of 75 Pa.C.S.A. §3311(a)(b) in that she attempted to cross an unauthorized portion of a divided roadway;

d.     operating her vehicle in violation of 75 Pa.C.S.A. §3309(1)(2) in that a vehicle driving on roadways laned for traffic must not be moved from the lane until the driver has first ascertained that the movement can be made with safety;

e.     operating her vehicle in violation of 75 Pa.C.S.A. §3361 in that she drove her vehicle at a speed greater than is reasonable and prudent under the conditions, failed to drive at a safe and appropriate speed when approaching and crossing an intersection, approaching and going around a winding roadway and/or curve, and traveling at a speed greater than reasonable given the special hazards existing therein;

f.     failing to have the vehicle she was operating under proper and adequate control at the time of the accident;

g.     failing to keep her vehicle in the northbound lanes of Interstate 81, crossing the grass covered median, negligently entering the southbound lanes of Interstate 81, and violently crashing into the Plaintiff's vehicle;

h.     failing to apply her brakes in time to avoid the collision;

i.     failing to observe the vehicle in which Plaintiff occupied lawfully on the roadway in open and plain view;

j.     failing to operate her vehicle in accordance with existing traffic conditions and traffic controls;

k.     permitting or causing her vehicle to violently strike and collide into with the vehicle occupied by Plaintiff;

l.     failing to exercise the high degree of care required of a motorist traveling upon a roadway;

m.     failing to properly observe traffic controls governing the Defendant's direction of travel on the roadway;

5

n.   failing to keep a reasonable look-out for other vehicles lawfully on the road, specifically, the vehicle occupied by the Plaintiff;

o.   carelessly attempting to enter a roadway when such movement could not be safely accomplished;

p.   failing to yield the right-of-way to traffic already upon the roadway;

q.   failing to observe oncoming traffic;

r.   carelessly proceeding onto the roadway without regard for oncoming traffic when such movement could not be made safely;

s.   failing to keep a proper and continuing lookout for approaching vehicles;

t.   operating the vehicle so as to create a dangerous situation for other vehicles on the roadway;

u.   failing to maintain her vehicle in a proper manner;

v.   negligently and carelessly entering the Plaintiff's lane of travel causing said violent collision;

w.   failing to have her vehicle under proper and adequate control;

x.   permitting or causing her vehicle to strike and collide with the vehicle occupied by the Plaintiff;

y.   failing to keep a proper lookout and see the vehicle in which Plaintiff occupied lawfully traveling south on Interstate 81, prior to the collision;

z.   failing to use her horn to warn the Plaintiff of the impending collision;

aa.   failing to take timely evasive action under the circumstances;

bb.   operating her vehicle negligently and carelessly without due regard for the rights and safety of the Plaintiff;

cc.   crashing her vehicle into the vehicle in which Plaintiff occupied without justification or excuse;

dd.   diverting her attention away from oncoming traffic in front of her and

causing the collision;

ee.    operating her vehicle while using a GPS device in such a manner as to be viewing the GPS screen for such an unreasonable length of time that defendant's attention was completely diverted from the roadway yet defendant continued to operate her vehicle without keeping a proper and continuing lookout, thereby disregarding the safety of other motorists upon the roadway, including the Plaintiff, Richard A. Maietta;

ff.    operating her vehicle while distracted by her cellular phone and/or engaging in a phone call which defendant knew or should have known is dangerous and careless in that such conduct compromises one's attentiveness, reaction time, and ability to operate a motor vehicle in a safe and proper fashion, and creates and unreasonable risk of injury or damage to others.

16. As a direct and proximate result of the negligence and/or careless acts and/or admissions of Defendant Malski, as alleged herein, Plaintiff, Richard A. Maietta, has suffered serious and severe personal injuries and impairment of body function, including, but not limited to, injuries to his, head, neck, shoulders, arms, back, lower extremities, nerves and nervous system, psychological disorders including post-traumatic stress disorder, severe anxiety, and severe depression as a result of witnessing Defendant Malski's vehicle become airborne heading straight toward his vehicle, and other injuries, as well as aggravation, activation, exacerbation of pre-existing conditions, among other severe injuries, to the nerves, bones, muscles and tissues of the lower back, all of which he has been advised are or may be permanent in nature.

17. As a further result of this collision, Plaintiff, Richard A. Maietta, has been or will be obliged to receive and undergo medical attention and care and/or to expend

various sums of money and/or to incur various expenses which have and/or may exceed the sums recoverable under the limits in 75 P.S. §1711, and/or may be obligated to continue to expend such sums and/or incur such expenditures for an indefinite time in the future.

18. Plaintiff, Richard A. Maietta, has sustained a loss of income and earning capacity which is, and/or may be in excess of recoverable wage losses and he will continue to suffer such losses of income and/or earning capacity for an indefinite time into the future and/or permanently.

19. As a direct and proximate result of the aforementioned collision and negligent conduct on the part of Defendant Malski, Plaintiff, Richard A. Maietta, has suffered an inability to perform his usual daily activities and duties in addition to performing some of his usual daily activities and duties with great pain, and will continue to be so disabled for an indefinite period of time in the future and/or permanently.

20. As a direct and proximate result of the aforementioned collision and the negligent conduct on the part of Defendant Malski, Plaintiff, Richard A. Maietta, has suffered or incurred incidental losses and/or financial expenses beyond those which have been recovered and/or which may otherwise be recoverable and will continue to suffer such losses and damages for an indefinite period of time into the future and/or permanently.

21. As a direct result of the negligence and carelessness of Defendant, Malski, as set forth herein, Plaintiff, Richard A. Maietta, has sustained serious personal

8

injuries resulting in the impairment of bodily functions, as well as physical pain,

suffering, mental anguish, emotional distress, embarrassment, humiliation, the loss of

the ability to enjoy life's pleasures and inconvenience, and will continue to endure the

same for an indefinite time in the future, all to his great detriment and loss.

22. At all times relevant hereto, Plaintiff, Richard A. Maietta, was in the

exercise of due care and caution for his own safety.

23. The aforementioned incident was caused by the negligent and careless

conduct on the part of Defendant, Michele L. Malski, and was not due in any way or

manner or by the act or failure to act on the part of the Plaintiff, Richard A. Maietta.


WHEREFORE, Plaintiff, Richard A. Maietta, claims damages from the Defendant,

Michele L. Malski, in an amount in excess of Fifty Thousand Dollars ($50,000.00), plus

interest and costs.

## COUNT II

### RICHARD A. MAIETTA

#### v.

### CP RAIL SYSTEMS CORP, CANADIAN PACIFIC RAILWAY, Individually and d/b/a CP RAILS SYSTEMS CORP, DELAWARE & HUDSON RAILWAY COMPANY, INC. d/b/a CANADIAN PACIFIC RAILWAY a/k/a CP RAIL SYSTEM, D & H RAILROAD d/b/a DELAWARE & HUDSON RAILWAY COMPANY, INC., and, DELAWARE & HUDSON RAILWAY COMPANY, INC.

### (COLLECTIVELY REFERRED TO AS "DEFENDANT RAILWAY")

### NEGLIGENT ENTRUSTMENT

24. Plaintiffs hereby incorporates by reference paragraphs one through

twenty-three, as though fully set forth at length herein.

9

25. The negligent or careless acts and/or omissions of Defendant Railway,

consisted of the following:

a)   Violating 75 Pa. C.S.A. §1574 pertaining to permitting unauthorized
     persons to drive;

b)   Authorizing use of the motor vehicle to another operator for use
     when they knew and/or within reasonable exercise or due care,
     should have known, that on the date of the accident, the operator
     was incompetent, inexperienced, medically unable, and/or
     otherwise incapable of safely and/or properly operating said
     vehicle;

c)   Authorizing use of the motor vehicle to another person, creating an
     appreciable risk of harm to all others, including the Plaintiff,
     Richard A. Maietta;

d)   Authorizing use of the motor vehicle to a person which they knew
     or in the exercise of reasonable care, should have known was going
     to drive the vehicle in an improper, dangerous and/or careless
     manner;

e)   Authorizing or permitting a third person to drive and/or operate a
     motor vehicle owned by Defendant Railway when they knew or
     should have known that such a person was likely to use the vehicle
     and/or conduct herself in driving the motor vehicle in such a
     manner as to create an unreasonable risk of harm to others then
     driving on the roadway, such as the Plaintiff, Richard A. Maietta, in
     violation of the Restatement (2nd) of Torts, §308;

f)   Negligently entrusting a motor vehicle to an individual Defendant
     Railway knew or should have known was incapable of operating
     said motor vehicle in a safe and lawful manner;

g)   Negligently allowing Defendant Malski to continue to operate a
     motor vehicle when they knew or should have known her medical
     history and conditions made it unsafe for her to do so;

h)   All other such negligent and careless acts related to negligent
     entrustment of the vehicle in question as may be revealed during
     the course of discovery.

26. As a direct and proximate result of the negligence and/or careless acts and/or admissions of Defendant Malski, as alleged herein, Plaintiff, Richard A. Maietta, has suffered serious and severe personal injuries and impairment of body function, including, but not limited to, injuries to his, head, neck, shoulders, arms, back, lower extremities, nerves and nervous system, psychological disorders including post-traumatic stress disorder, severe anxiety, and severe depression as a result of witnessing Defendant Malski's vehicle become airborne heading straight toward his vehicle, and other injuries, as well as aggravation, activation, exacerbation of pre-existing conditions, among other severe injuries, to the nerves, bones, muscles and tissues of the lower back, all of which he has been advised are or may be permanent in nature.

27. As a further result of this collision, Plaintiff, Richard A. Maietta, has been or will be obliged to receive and undergo medical attention and care and/or to expend various sums of money and/or to incur various expenses which have and/or may exceed the sums recoverable under the limits in 75 P.S. §1711, and/or may be obligated to continue to expend such sums and/or incur such expenditures for an indefinite time in the future.

28. Plaintiff, Richard A. Maietta, has sustained a loss of income and earning capacity which is, and/or may be in excess of recoverable wage losses and he will continue to suffer such losses of income and/or earning capacity for an indefinite time into the future and/or permanently.

29. As a direct and proximate result of the aforementioned collision and

11

negligent conduct on the part of Defendant Railway, Plaintiff, Richard A. Maietta, has suffered an inability to perform his usual daily activities and duties in addition to performing some of his usual daily activities and duties with great pain, and will continue to be so disabled for an indefinite period of time in the future and/or permanently.

30. As a direct and proximate result of the aforementioned collision and the negligent conduct on the part of Defendant Railway, Plaintiff, Richard A. Maietta, has suffered or incurred incidental losses and/or financial expenses beyond those which have been recovered and/or which may otherwise be recoverable and will continue to suffer such losses and damages for an indefinite period of time into the future and/or permanently.

31. As a direct result of the negligence and carelessness of Defendant, Railway, as set forth herein, Plaintiff, Richard A. Maietta, has sustained serious personal injuries resulting in the impairment of bodily functions, as well as physical pain, suffering, mental anguish, emotional distress, embarrassment, humiliation, the loss of the ability to enjoy life's pleasures and inconvenience, and will continue to endure the same for an indefinite time in the future, all to his great detriment and loss.

32. At all times relevant hereto, Plaintiff, Richard A. Maietta, was in the exercise of due care and caution for his own safety.

33. The aforementioned incident was caused by the negligent and careless conduct on the part of Defendant Railway, and was not due in any way or manner or by the act or failure to act on the part of the Plaintiff, Richard A. Maietta.

WHEREFORE, Plaintiff, Richard A. Maietta, claims damages from the Defendant Railway in an amount in excess of Fifty Thousand Dollars ($50,000.00), plus interest and costs.

## COUNT III

### CLAIRE MAIETTA

### VS.

**MICHELE L. MALSKI (REFERRED TO AS "DEFENDANT MALSKI") and CP RAIL SYSTEMS CORP, CANADIAN PACIFIC RAILWAY, Individually and d/b/a CP RAILS SYSTEMS CORP, DELAWARE & HUDSON RAILWAY COMPANY, INC. d/b/a CANADIAN PACIFIC RAILWAY a/k/a CP RAIL SYSTEM, D & H RAILROAD d/b/a DELAWARE & HUDSON RAILWAY COMPANY, INC., and, DELAWARE & HUDSON RAILWAY COMPANY, INC.**

### (COLLECTIVELY REFERRED TO AS "DEFENDANT RAILWAY")

### LOSS OF CONSORTIUM

34. Plaintiff, Claire Maietta, hereby incorporates by reference paragraphs one through thirty-three, as though fully set forth at length herein.

35. At all times and relevant hereto, Plaintiff, Claire Maietta, is and was the wife of the Plaintiff, Richard A. Maietta.

36. As a direct result of the negligent and careless acts and/or omissions, of Defendant Malski and Defendant Railway, as set forth herein, the same resulting in injuries to her husband, as described herein, Plaintiff, Claire Maietta, has been deprived of the assistance, society and/or consortium of her husband, Plaintiff, Richard A. Maietta, all to her great detriment and loss.

13

WHEREFORE, Plaintiff, Claire Maietta, demands judgment in her favor and against Defendant Malski and Defendant Railway, together with interest, cost and delay damages in an amount in excess of Fifty Thousand ($50,000.00), plus interest and costs.

Respectfully submitted,
McDONALD & MacGREGOR, LLC

Malcolm L. MacGregor, Esquire
PA Attorney I.D. # 58625
Scranton Life Building
538 Spruce Street, Suite 320
Scranton, PA 18503
T: (570) 209-7062

14

# <u>VERIFICATION</u>

I, Malcolm L. MacGregor, Esquire, hereby verifies that the plaintiff is unavailable at the present time but has authorized the undersigned, as his counsel, to execute the Verification on their behalf, and that the statements made in the foregoing Complaint are true and correct based upon my personal knowledge, information, and belief.   I understand that false statements herein contained are made subject to the penalties of 18 Pa. C.S.A. §4904 relating to unsworn falsification to authorities.

Malcolm L. MacGregor, Esquire



## McDonald & MacGregor, LLC

By: Malcolm L. MacGregor, Esquire
Attorney ID: 58625
538 Spruce Street - Suite 310
Scranton, PA 18503
(570) 209-7062

Attorney for Plaintiff

| | |
|---|---|
| RICHARD A. MAIETTA and CLAIRE MAIETTA, his wife, : <br> Plaintiffs : <br> : <br> vs. : <br> : <br> MICHELE L. MALSKI, : <br> CP RAIL SYSTEMS CORP, : <br> CANADIAN PACIFIC RAILWAY, : <br> Individually and d/b/a CP RAIL : <br> SYSTEMS CORP, : <br> DELAWARE & HUDSON RAILWAY : <br> COMPANY, INC. d/b/a CANADIAN : <br> PACIFIC RAILWAY a/k/a CP RAIL : <br> SYSTEM, : <br> D & H RAILROAD d/b/a DELAWARE : <br> & HUDSON RAILWAY COMPANY, INC. : <br> DELAWARE & HUDSON RAILWAY, : <br> COMPANY, INC., : <br> Defendants : | IN THE COURT OF COMMON PLEAS OF SUSQUEHANNA COUNTY <br><br> CIVIL ACTION – LAW <br><br><br> JURY TRIAL DEMANDED <br><br> NO. 2017-332 CP |

### CERTIFICATE OF SERVICE

AND NOW, this 5th day of July, 2017, I, Malcolm L. MacGregor, Esquire, of the law firm of McDonald & MacGregor, LLC, hereby certify that I have this date forwarded the foregoing Civil Action Complaint, by emailing and depositing the same in the United States Mail, postage prepaid, at Scranton, Pennsylvania, addressed as follows:

Scott D. Clements, Esquire                    [sclements@dmclaw.com]
Dickie, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA 15222-5402
[Attorney for Defendants]


_Malcolm L. MacGregor_
Malcolm L. MacGregor, Esquire
Attorney for Plaintiffs