IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RICHARD MAIETTA, et al.,

    Plaintiffs,

v.

MICHELE MALSKI, et al.,

    Defendants.

3:17-cv-1305
(JUDGE MARIANI)

FILED
SCRANTON
FEB 2 1 2018

## ORDER

AND NOW, THIS 21st DAY OF FEBRUARY, 2018, upon consideration of Plaintiffs' letter, (Doc. 17), **IT IS HEREBY ORDERED THAT** mediation in this matter shall be completed on or before **February 28, 2018**.

Robert D. Mariani
United States District Judge